IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | <u>Rodriguez-Isona v. Rendell,</u> <u>et al.</u> | : CIVIL NO. 1:CV-07-1699 |
| Inmate: | Edward Rodriguez-Isona | : (Judge Conner) |
| ID Number: | GC-0723 | : (Magistrate Judge Smyser) |

## ORDER

On September 18, 2007, Edward Rodriguez-Isona, an inmate currently confined at the Huntingdon State Correctional Institution, Huntingdon, Pennsylvania, filed a civil rights complaint without submitting a filing fee or the forms required to proceed <u>in forma pauperis</u> in a civil rights case.  By Administrative Order dated September 19, 2007, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $350.00 or filed a properly completed application to proceed <u>in forma pauperis</u> and an authorization form.  Notwithstanding this admonition, thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE, IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

                                                           S/ Christopher C. Conner
                                                          CHRISTOPHER C. CONNER
                                                          United States District Judge

DATE:  October 29, 2007