IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: **RODRIGUEZ-ISONA v. RENDELL, et al.** | : CIVIL ACTION NO. 1:07-CV-1699 |
| | : |
| | : (Judge Conner) |
| **Inmate: Edward Rodriguez-Isona** | : |
| | : |
| **ID Number: GC-0723** | : |

### ORDER

AND NOW, this 16th day of November, 2007, upon consideration of plaintiff's motion (Doc. 7) for reconsideration of the order of court dated October 29, 2007 (Doc. 6) which dismissed the above-captioned action without prejudice because plaintiff failed pay the statutory filing fee of $350.00 or a properly completed application to proceed *in forma pauperis*, and the court finding that there are no manifest errors of law or fact in the challenged order, see Harsco Corp. v. Zlotnicki, 779 F.2d 906, 909 (3d Cir. 1985) ("The purpose of a motion for reconsideration is to correct manifest errors of law or fact . . . ."), it is hereby ORDERED that the motion for reconsideration (Doc. 7) is DENIED.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge